UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RESTORATION ST. LOUIS, INC.,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 4:13-cv-00669 |
| ) | |
| 3RD ST. IA LLC,    ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant.    ) | |

**MOTION FOR ADDITIONAL TIME TO MOVE OR PLEAD TO
ST. LOUIS TITLE, LLC'S COUNTERCLAIM AND CROSSCLAIM FOR
INTERPLEADER**

COMES NOW Defendant 3RD ST. IA LLC ("3rd ST") and hereby moves for additional time to move or plead to St. Louis Title, LLC's Counterclaim and Crossclaim for Interpleader:

1.      3rd ST moved to dismiss Plaintiff's Petition on April 17, 2013. (Docket 11-12.)

2.      On or about March 8, 2013, Intervenor St. Louis Title, LLC ("Intervenor") filed its Motion to Intervene by Right or in the Alternative by Permission.

3.      On April 15, 2013, the Court granted the Motion to Intervene. (Docket 7).

4.      3rd ST contends that the entire controversy, including the Counterclaim and Crossclaim for Interpleader should be dismissed or transferred to the United States District Court for the Southern District of Iowa.

5.      3rd ST recognizes that Intervenor is essentially a stakeholder with little interest in the outcome of the dispute between RSL and 3rd ST.  3rd ST will likely ultimately consent to the interpleading of the amounts held by Intervenor to the appropriate court once the jurisdictional issue has been determined.

6.      Counsel for STL has been consulted and consents to this motion.

7.      3rd ST requests that the Court permit it until May 23, 2013 to move or plead to SLT's Counterclaim and Crossclaim for Interpleader.

WHEREFORE, Defendant 3rd ST respectfully requests that the Court enter an order permitting it until May 23, 2013 to move or plead to SLT's Counterclaim and Crossclaim for Interpleader.

Respectfully submitted,

/s/ Mark A. Roberts
Mark A. Roberts AT0006579, Pro Hac Vice
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, Iowa 52401-1266
Telephone:  (319) 366-7641
Fax: (319) 366-1917
mroberts@simmonsperrine.com

TUETH KEENEY COOPER
MOHAN & JAACKSTADT, P.C.
John M. Reynolds 46931MO
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
(314) 880-3600
(314) 880-3601 Facsimile
jreynolds@tuethkeeney.com

**Attorneys for Defendant 3RD ST. IA LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was filed

using the Court's electronic filing system, served via that system to those registered, on this 9th

day of May, 2013, upon the following:

Aaron D. French 50759MO
Jesse B. Rochman 60712MO
Sandberg Phoenix & von Gontard P.C.
600 Washington Ave. 15th Floor
St. Louis MO 63101-1331
314-231-3332
314-241-7604 Facsimile
afrench@sandbergphoenix.com
jrochman@sandbergphoenix.com

Attorneys for Plaintiff

Roger W. Pecha 41853MO
Conn Q. Davis 62835MO
Jenkins & Kling, P.C.
150 N. Meramec, Suite 400
St. Louis MO 63105
314-721-2525
314-721-5525 Facsimile
rpecha@jenkinskling.com
cdavis@jenkinskling.com

Attorneys for Pending Intervener St. Louis Title, LLC


                                        /s/ Mark A. Roberts

3