UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RESTORATION ST. LOUIS, INC., )
)
              Plaintiff, )
)
v. ) Case No. 4:13-cv-00669
)
3RD ST. IA LLC, ) JURY TRIAL DEMANDED
)
              Defendant. )

## ANSWER TO ST. LOUIS TITLE, LLC'S CROSSCLAIM FOR INTERPLEADER

COMES NOW Defendant 3RD ST. IA LLC ("3rd ST"), by and through counsel, and for Answer to St. Louis Title LLC's Crossclaim for Interpleader states as follows:

1. 3rd ST denies the allegations of paragraph 1 for lack of information.

2. 3rd ST admits the allegations of paragraph 2.

3. 3rd ST admits the allegations of paragraph 3.

4. 3rd ST denies the allegations of paragraph 4.

5. 3rd ST admits the allegations of paragraph 5.

6. 3rd ST lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 6.

7. 3rd ST admits the allegations of paragraph 7.

8. 3rd ST denies the allegations of paragraph 8.

9. 3rd ST lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 9.

10.   3rd ST denies the allegations of paragraph 10.

### AFFIRMATIVE DEFENSES

1.   3rd ST is not personally subject to the jurisdiction of this Court and hereby asserts lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). 3rd ST contends that the entire controversy, including the Counterclaim and Crossclaim for Interpleader should be dismissed or transferred to the United States District Court for the Southern District of Iowa.[1]

2.   Intervener has failed to state a claim upon which relief can be granted.

WHEREFORE, Defendant 3rd ST respectfully requests that the Court dismiss Intervener's Crossclaim, enter judgment in favor of 3rd ST IA LLC, assess costs of this action against Intervener and grant such other and further relief as deemed equitable in the premises.

Respectfully submitted,

/s/ Mark A. Roberts
Mark A. Roberts AT0006579, Pro Hac Vice
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, Iowa 52401-1266
Telephone:  (319) 366-7641
Fax: (319) 366-1917
mroberts@simmonsperrine.com

---

[1] As of this Answer, 3rd ST IA LLCs motion to dismiss Restoration St. Louis's Complaint for lack of personal jurisdiction is pending. Depending on the Court's ruling on such motion, 3rd ST intends to seek dismissal of the Counterclaim and Crossclaim for Interpleader.

TUETH KEENEY COOPER
MOHAN & JAACKSTADT, P.C.
John M. Reynolds 46931MO
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
(314) 880-3600
(314) 880-3601 Facsimile
jreynolds@tuethkeeney.com

**Attorneys for Defendant 3RD ST. IA LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed using the Court's electronic filing system, served via that system to those registered, on this 23rd day of May, upon the following:

Aaron D. French 50759MO
Jesse B. Rochman 60712MO
Sandberg Phoenix & von Gontard P.C.
600 Washington Ave. 15th Floor
St. Louis MO 63101-1331
314-231-3332
314-241-7604 Facsimile
afrench@sandbergphoenix.com
jrochman@sandbergphoenix.com

Attorneys for Plaintiff

Roger W. Pecha 41853MO
Conn Q. Davis 62835MO
Jenkins & Kling, P.C.
150 N. Meramec, Suite 400
St. Louis MO 63105
314-721-2525
314-721-5525 Facsimile
rpecha@jenkinskling.com
cdavis@jenkinskling.com

Attorneys for Intervener St. Louis Title, LLC

/s/ Mark A. Roberts

3